IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM SCOTT SANDUSKY,** | : | CIVIL ACTION NO. 1:13-CV-2507 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **COUNTY OF ADAMS, PENNSYLVANIA,** | : | |
| **Defendant** | : | |

## ORDER AND JUDGMENT

AND NOW, this 31st day of July, 2015, upon consideration of defendant's motion (Doc. 18) for summary judgment, and upon further consideration of defendant's motions *in limine* to preclude testimony and evidence as to damages (Doc. 27) and to preclude testimony and evidence as to pretext (Doc. 29), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 18) for summary judgment is GRANTED.

2. Defendant's motions (Docs. 27, 29) *in limine* are DENIED as moot.

3. Judgment is ENTERED in favor of defendant and against plaintiff.

4. The Clerk of Court is directed to CLOSE this case.

                                          /S/ CHRISTOPHER C. CONNER
                                          Christopher C. Conner, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania